UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURFET HALIL ARSLANOVIC (A-Number: 077-470-004),<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CENTRAL VALLEY ANNEX DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-cv-05787-KES-CDB (HC)<br><br>ORDER DIRECTING RESPONDENT TO SUPPLEMENT THE RECORD<br><br>**Deadline – December 3, 2026**<br><br><u>Clerk of the Court to Correct Docket</u> |

Petitioner Nurfet Halil Arslanovic[1] ("Petitioner"), a federal immigration detainee proceeding pro se, initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on July 24, 2026, while in custody of the Immigration and Customs Enforcement ("ICE") at the Central Valley Annex facility, where he remains detained. (Doc. 1). Respondent is the unnamed Warden of the Central Valley Annex Detention Facility ("Respondent"). *Id.* at 1.

**<u>Background</u>**

On August 18, 2026, Respondent filed a motion to dismiss the petition (Doc. 7) and on September 3, 2026, Petitioner filed a reply. (Doc. 8).

Petitioner asserts in his reply to Respondent's motion to dismiss that he was in continuous

[1] Petitioner rendered his name on his petition as "Arslanovic Nurfet Halil"; however, it is clear from his proof of service (wherein Petitioner identifies himself as "Arslanovic, Nurfet Halil" and subsequent filings (*see, e.g.*, Doc. 7-3) that Petitioner's name is Nurfet Halil Arslanovic.

custody between June 30, 2021, and April 20, 2022, and was released "by DHS" on an order of supervision ("OSUP") after he was deemed "stateless." (Doc. 8 at 2). The Form I-213 proffered by Respondent in support of the motion to dismiss (Doc. 7-1) appears to corroborate that Petitioner was released from custody (whether state custody or the custody of immigration officials) at some point after his removal order became final considering the Form I-213 states Petitioner sustained a criminal conviction on December 27, 2024, and was sentenced to a term of imprisonment of two days, and approximately one year later (December 18, 2025), was convicted and sentenced in two separate criminal cases for three other offenses (grand theft auto, robbery, and dealing in stolen property).

Following his service of sentence imposed for the December 2025 convictions, Petitioner was arrested by immigration officials. (Doc. 7-2). It is unclear when, following Petitioner's service of sentence for the December 2025 convictions, immigration officials first brought him into custody. The Form I-213 states that immigration officials encountered Petitioner at the Florida Department of Corrections on March 3, 2026, and an "Addendum" dated April 29, 2026, states that Petitioner "will be encountered by [ICE's Enforcement and Removal Operations directorate] upon release from" state custody. (Doc. 7-1). The Form I-205 warrant of removal (Doc. 7-2) is dated April 29, 2026, and is signed by Petitioner, but does not expressly state when the warrant was served.

**Discussion**

In his response to Respondent's motion to dismiss, Plaintiff asserts that he was released from the custody of immigration officials (DHS) on April 20, 2022, pursuant to an order of supervision ("OSUP"). Although these facts are not pleaded in the petition, they are consistent with Petitioner's assertion in the petition that his detention is unlawful and in violation of the regulations governing detention of noncitizens ordered removed, specifically, 8 C.F.R. §§ 241.4 and 241.13. These regulations govern whether and when immigration officials permissibly may revoke a previously released noncitizen's order of release.

Respondent does not acknowledge either in the motion to dismiss or the record materials filed in support thereto whether Petitioner ever had been in custody of immigration officials prior

to his most recent arrest (in or about April 2026). Because that issue may be material to the undersigned's anticipated findings and recommendations on the merits of the petition, the Court will direct Respondent to file a declaration by a competent witness and supporting documents in Respondent's possession, custody, and control, addressing whether and when Petitioner has been in custody of any immigration agency (DHS, CBP, ICE), the dates of custody, the circumstances of any release, and any terms or conditions governing Petitioner's release.

**Conclusion and Order**

Accordingly, the Clerk of the Court is HEREBY DIRECTED to correct Petitioner's name on the docket to reflect: "Nurfet Halil Arslanovic."

For the reasons set forth above, it is HEREBY ORDERD that Respondent shall file no later than December 3, 2026, a declaration by a competent witness addressing, and documents in Respondent's possession, custody, and control, sufficient to support: (1) whether and when Petitioner has been in custody of any immigration agency (DHS, CBP, ICE), (2) the dates of custody, (3) the circumstances of any release, and (4) any terms or conditions governing Petitioner's release.

IT IS SO ORDERED.

Dated: **November 19, 2026**

UNITED STATES MAGISTRATE JUDGE